UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00331-MMD-VCF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| OMAR ULYSSES JIMINEZ and ANTONIO MONTES-RUIZ, | |
| Defendants. | |

Defendant Omar Ulysses Jiminez, who is represented by counsel, has filed a letter with the Court. (Dkt. no. 41.) Pursuant to Local Rule IA 10-6, a party who is represented by counsel may not appear or act in the case. The Court will not take any action in response to Defendant's letter. However, Defendant's counsel is directed to meet and confer with his client to determine if there is any reason why counsel believes he would not be able to meaningfully represent Defendant further in this case, or file a motion to withdraw if needed.

DATED THIS 3rd day of June 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE